**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DION SWINDELL, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

SAMARITAN DAYTOP VILLAGE, INC., and
MITCHELL NETBURN,

                Defendants.

Case No.: 22-cv-07825

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Dion Swindell, Rosemarie Soto, Kelvin Dunbar, Anthony Darden, Janell McNish, and Kelly Smoot (collectively, "Plaintiffs") hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated July 26, 2023, and annexed hereto as **Exhibit A**.

Dated: July 27, 2023

                                          Respectfully submitted,

By:

                                          C.K. Lee, Esq. (CL 4086)
                                          LEE LITIGATION GROUP, PLLC
                                          148 West 24th Street, 8th Floor
                                          New York, NY 10011
                                          Tel.: (212) 465-1188
                                          Fax: (212) 465-1181
                                          *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

MARC WENGER, ESQ.
JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By: _____
C.K. Lee, Esq.