**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DION SWINDELL, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

SAMARITAN DAYTOP VILLAGE, INC., and MITCHELL NETBURN,

                Defendants.

**Case No.**: 22-cv-07825

**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SAMARITAN DAYTOP VILLAGE, INC., and MITCHELL NETBURN(collectively "Defendants"), having offered to allow Plaintiffs Dion Swindell, Rosemarie Soto, Kelvin Dunbar, Anthony Darden, Janell McNish, and Kelly Smoot (collectively, "Plaintiffs") to take a judgment against them, in this action for the total of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) ("Judgment Amount"), less applicable deductions, which includes reimbursement of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 26, 2023 and filed as Exhibit A to Docket Number 27;

    **WHEREAS**, on July 27, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

    It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs Dion Swindell, Rosemarie Soto, Kelvin Dunbar, Anthony Darden, Janell McNish, and Kelly Smoot, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants'

Rule 68 Offer of Judgment dated July 26, 2023 and filed as Exhibit A to Docket Number 27. The Clerk of Court is respectfully directed to close this case.

Dated: August 1, 2023
Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
Deputy Clerk