UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DION SWINDELL, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                 Plaintiff,

v.

SAMARITAN DAYTOP VILLAGE, INC., and MITCHELL NETBURN,

                 Defendants.

**Case No.**: 22-cv-07825

**MODIFIED JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant SAMARITAN DAYTOP VILLAGE, INC., ("Defendant") having offered to allow Plaintiffs Dion Swindell, Rosemarie Soto, Kelvin Dunbar, Anthony Darden, Janell McNish, and Kelly Smoot (collectively, "Plaintiffs") to take a judgment against it, in this action for the total of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) ("Judgment Amount"), less applicable deductions, which includes reimbursement of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated July 26, 2023 and filed as Exhibit A to Docket Number 27;

    **WHEREAS**, on July 27, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

    It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs Dion Swindell, Rosemarie Soto, Kelvin Dunbar, Anthony Darden, Janell McNish, and Kelly Smoot, in the sum of $25,000.00, in accordance with the terms and conditions of Defendant's

2

Rule 68 Offer of Judgment dated July 26, 2023 and filed as Exhibit A to Docket Number 27. Judgment shall not be entered against Defendant Mitchell Netburn. The Clerk of Court is respectfully directed to close this case.

DATED: February 7, 2024
      Brooklyn, New York

                                        BRENNA B. MAHONEY
                                        Clerk of Court

                                        by: *Jalitza Poveda*
                                              Deputy Clerk